UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



**FILED**

MAY 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARMENAK AVAGYAN,

Defendant.

No.  2:11-cr-00169-KJM

2:12-cr-00112-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ARMENAK AVAGYAN;

Case No. 2:11-cr-00169-KJM, 2:12-cr-00112-KJM from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

___X___ (Other): Time Served

Issued at Sacramento, California on ___5/20/15___, at ___11:09 a.m.___

_____

Kimberly J. Mueller
United States District Judge